UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 4:07-cv-1733 AGF |
| | ) | |
| AVIS MEYER, | ) | |
| | ) | |
| Defendant. | ) | |

Pursuant to Local Rule 2.08, a request has been received for random reassignment of this case to a District Judge.

**IT IS HEREBY ORDERED** that the above styled case is randomly reassigned from Magistrate Judge Audrey G. Fleissig to District Judge Carol E. Jackson.

**The Selection/Option form will be maintained in the Clerk's Office for ten (10) days from entry of the Clerk's order of transfer.**

Dated this 2nd day of November, 2007.
DATE

JAMES G. WOODWARD
CLERK

By: *[signature]*

Timothy Christopher
DEPUTY CLERK

**In all future documents filed with the Court, please use the following case number: 4:07-cv-1733 CEJ**