# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, )<br>a Missouri benevolent corporation, )<br>)<br>Plaintiff, )<br>) Case No. 4:07-cv-01733<br>)<br>v. )<br>)<br>AVIS MEYER, )<br>)<br>Defendant. )<br>) | |

## ENTRY OF APPEARANCE

COMES NOW Scott A. Smith #502926, of the law firm of Polster, Lieder, Woodruff & Lucchesi, L.C., and hereby enters his appearance as an attorney of record for Defendant Avis Meyer.

Dated: December 10, 2007

                                                  Respectfully Submitted,

                                                  POLSTER, LIEDER, WOODRUFF &
                                                  LUCCHESI, L.C.

                                                  By: *s/Scott A. Smith*
                                                  Scott A. Smith, Mo. Bar No. 55,870
                                                  12412 Powerscourt Drive, Suite 200
                                                  St. Louis, Missouri 63131-3615
                                                  (314) 238-2400
                                                  (314) 238-2401 (fax)
                                                  E-mail: nnolte@patpro.com
                                                  E-mail: ssmith@patpro.com

                                                  ATTORNEYS FOR DEFENDANT

1

# **CERTIFICATE OF SERVICE**

I hereby certify that on December 10, 2007, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056

ATTORNEYS FOR PLAINTIFF

*s/ Scott A. Smith/*