Saint Louis University v. Meyer                                                                        Doc. 10

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

ST. LOUIS UNIVERSITY,          )
                               )
          Plaintiff,           )
                               )
     v.                        )  No. 4:07CV1733(CEJ)
                               )
AVIS MEYER,                    )
                               )
          Defendant.           )

## ORDER

**IT IS HEREBY ORDERED** that the Rule 16 Scheduling Conference in this matter is continued to **Thursday, February 7, 2008 at 10:30 A.M.**

                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE

Dated this 22nd day of January, 2008.

Dockets.Justia.com