```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


SAINT LOUIS UNIVERSITY,         )
                                )
              Plaintiff,        )
                                )
         vs.                    )       No. 4:07-CV-1733 (CEJ)
                                )
AVIS MEYER,                     )
                                )
              Defendant.        )
```

### ORDER

**IT IS HEREBY ORDERED** that the parties shall submit complete transcripts of all deposition testimony that is cited in support of or in opposition to a motion. Excerpted portions of a witness's deposition testimony will not be considered by the Court absent a showing of good cause for not submitting the entire transcript.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2008.