## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, )<br>a Missouri benevolent corporation, )<br>  )<br>Plaintiff, )<br>  ) Case No. 4:07-cv-01733<br>  )<br>  )<br>AVIS MEYER, )<br>  )<br>Defendant. )<br>  ) | |

## **ENTRY OF APPEARANCE**

COMES NOW Brian J. Gill #2,694,853, of the law firm of Polster, Lieder, Woodruff & Lucchesi, L.C., and hereby enters his appearance as an attorney of record for Defendant Avis Meyer.

Dated: February 28, 2008

        Respectfully Submitted,

        POLSTER, LIEDER, WOODRUFF &
        LUCCHESI, L.C.

        By: *s/Brian J. Gill*
        Brian J. Gill, MoBar. #57,324
        12412 Powerscourt Drive, Suite 200
        St. Louis, Missouri 63131-3615
        (314) 238-2400
        (314) 238-2401 (fax)
        E-mail: bgill@patpro.com

        ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 28, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056

ATTORNEYS FOR PLAINTIFF

*s/Brian J. Gill*