# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

SAINT LOUIS UNIVERSITY,       )
a Missouri benevolent corporation,  )
                           )
        Plaintiff,         )     Case No. 4:07CV1733 CEJ
                           )
    v.                 )
                           )
AVIS MEYER,             )
                           )
        Defendant.   )
                           )

## ADR CONFERENCE REPORT AND
## REQUEST FOR COURT DESIGNATION OF NEUTRAL

Pursuant to the Court's Order Referring Case to Alternative Dispute Resolution for **mediation/early neutral**, dated May 5, 2008, the parties attempted to designate by agreement an individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action. The parties were unable to reach agreement, however (as evidenced and detailed in the pending Motions for Designation of Neutral). As compliance with the Court's May 5, 2008 Order, the undersigned lead counsel sets forth the following as to the Neutrals proposed by each of the parties and requests designation by the Court:

Name of Neutral Proposed by **Plaintiff**:    Richard P. Sher

Firm Name and Address:              Devereux Murphy LLC

                                 190 Carondelet Plaza, Suite 1100

                                 St. Louis, MO 63105

Telephone & Fax Number:           Ph: 314-721-1516; Fax: 314-721-4434

Saint Louis University v. Meyer

Name of Neutral Proposed by **Defendant**: Annette Heller

Firm Name and Address: 14323 S. Outer Forty, Suite 512 S

St. Louis, MO 63017

Telephone & Fax Number: Ph: 314-469-2610; Fax: 314-469-4850


Alternate Neutral Proposed by **Plaintiff**: Ronald G. Wiesenthal

Firm Name and Address: St. Louis Mediation Center, LLC

165 N. Meramec, Suite 301

St. Louis, MO 63105

Telephone & Fax Number: Ph: 314-725-3344; Fax: 314-725-3345


**The attorneys of record in this case are:**

Name of Lead Counsel: Frank B. Janoski

Firm Name and Address: Lewis, Rice & Fingersh, L.C.

500 N. Broadway, Suite 2000

St. Louis, MO 63102

Telephone & Fax Number: Ph: 314-444-1307; Fax: 314-612-1307

Name of Other Counsel: Brian J. Gill

Firm Name and Address: Polster, Lieder, Woodruff & Lucchesi, L.C.

12412 Powerscourt Drive, Suite 200

St. Louis, MO 63131

Telephone & Fax Number: Ph: 314-238-2400; Fax: 314-238-2401

**The completion deadline for this ADR referral is** <u>July 1, 2008</u>.

Because the parties have not been able to agree as the Neutral, no ADR conference has been scheduled.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: <u>/s/ Frank B. Janoski</u>
      Frank B. Janoski, #3480
      Bridget Hoy, #109375
500 N. Broadway, Suite 2000
St. Louis, MO 63102-2147
Telephone: (314) 444-7600
Facsimile: (314) 241-6056
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon counsel of record.

<u>/s/ Frank B. Janoski</u>

LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 241-6056

ATTORNEYS FOR PLAINTIFF
