```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION
```

SAINT LOUIS UNIVERSITY,        )
                               )
            Plaintiff,         )
                               )
      vs.                      )    No. 4:07-CV-1733 (CEJ)
                               )
AVIS MEYER,                    )
                               )
            Defendant.         )

## ORDER

**IT IS HEREBY ORDERED** that this matter is set for a hearing on the parties' designation of neutral on **Wednesday**, **June 11, 2008**, at **1:30 p.m.** in the courtroom of the undersigned.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of June, 2008.