UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 6/11/08 Judge CEJ  Case No. 4:07cv1733 CEJ
St. Louis University vs. Avis Meyer
Court Reporter Gary Bond  Deputy Clerk Kara Holtmeyer
Attorney(s) for Plaintiff(s) Frank Janoski, Bridget Hoy,
Attorney(s) for Defendant(s) Brian Gill, Scott Smith

Parties present for ADR referral RE: Defendant's motion #20 Court held discussion with counsel; Court granted defendant's motion and appointed Richard Sher as neutral Court granted plaintiff's oral request to extend the ADR completion deadline to Aug 1st, 2008; Court granted plaintiff's oral motion for extension of time to file their motion for discovery.

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that _____

Pltf. Witness _____ Deft. Witness _____

Pltf. Witness _____ Deft. Witness _____

Pltf. Exhibits: _____

Pltf. Exhibits: _____

Deft. Exhibits: _____

Deft. Exhibits: _____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 1:32 a.m./**p.m.** Concluded 1:45 a.m./**p.m.**