```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION
```

SAINT LOUIS UNIVERSITY,       )
                              )
            Plaintiff,        )
                              )
      vs.                     )          No. 4:07-CV-1733 (CEJ)
                              )
AVIS MEYER,                   )
                              )
            Defendant.        )

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion for a court-designated neutral mediator [Doc. #20] is **granted in part and denied in part.**

**IT IS FURTHER ORDERED** that the Clerk of Court shall appoint **Richard P. Sher**, Devereaux Murphy LLC, as the neutral to conduct mediation in this matter.

**IT IS FURTHER ORDERED** that the deadline to complete mediation is extended to **August 1, 2008.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 12th day of June, 2008.