UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, | ) |
| | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 4:07CV1733 CEJ |
| | ) |
| AVIS MEYER, | ) |
| | ) |
|     Defendant(s). | ) |

## DESIGNATION OF NEUTRAL BY CLERK OF COURT

Pursuant to the Court's dated <u>June 12, 2008</u>, the Clerk of the Court hereby designates the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

| | |
|---|---|
| Name of Neutral: | <u>Richard P. Sher</u> |
| Firm Name and Address: | <u>Devereaux Murphy LLC</u> |
| | <u>190 Carondelet Plaza, Suite 1100</u> |
| | <u>St. Louis, MO 63105</u> |
| Telephone & FAX Number: | <u>314-721-1516, Fax: 314-721-4434</u> |

This designation shall not relieve the parties of their remaining responsibilities under the Court's <u>Order Referring Case to ADR</u>.

<u>June 12, 2008</u>            *James G. Woodward,*
Date                              Clerk of the Court

                          By:   <u>/s/ Katie M. Spurgeon</u>
                                  Katie M. Spurgeon
                                  Deputy Clerk

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| SAINT LOUIS UNIVERSITY, | ) | |
|---|---|---|
| Plaintiff(s), | ) | |
| vs. | ) | Case No. 4:07CV1733 CEJ |
| AVIS MEYER, | ) | |
| Defendant(s). | ) | |

## NOTICE OF APPOINTMENT OF NEUTRAL

Upon designation by clerk, pursuant to the procedures outlined in <u>E.D.Mo. L.R. 6.03</u>, the Clerk of the court hereby notifies **Richard P. Sher**, **Devereaux Murphy LLC**, **190 Carondelet Plaza, Ste. 1100**, **St. Louis, MO 63105**, that he has been appointed to serve as Neutral in the above-styled action to conduct **mediation.**

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:   Frank Janoski
                Lewis and Rice
                500 N. Broadway, Suite 2000
                St. Louis, MO 63102

Other Counsel:  Brian Gill
                Polster and Lieder
                12412 Powerscourt Drive, Suite 200
                St. Louis, MO 63131

**The completion deadline for this ADR referral is <u>August 1, 2008</u>. The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| <u>June 12, 2008</u><br>Date | *James G. Woodward*<br>Clerk of the Court |
| | By: <u>/s/ Katie M. Spurgeon</u><br>Katie M. Spurgeon<br>Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 4:07CV1733 CEJ |
| ) | |
| AVIS MEYER, ) | |
| ) | |
| Defendant(s). ) | |

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's <u>Order Referring Case to ADR</u>, dated <u>May 5,</u> 2008,

☐ **An ADR conference was held on:** _____.

☐ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

**The ADR referral was concluded on** _____, **2008**

**and the parties [☐ did  ☐ did not] achieve a settlement.**
              Check One
-----------------------------------------------------------------------------------------------------------------

☐ **Although this case was referred to ADR, a conference <u>WAS NOT HELD</u>.**

Comments: _____.

_____            _____
Date                                              Neutral