# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY,<br>a Missouri benevolent corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 4:07-CV-01733 CEJ |
| v. | ) ) | |
| AVIS MEYER, | ) ) | |
| Defendant. | ) ) ) | |

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME
## TO FILE DISCOVERY MOTIONS

COMES NOW Plaintiff Saint Louis University ("Plaintiff" or "SLU"), by and through its undersigned counsel, and requests an extension of seven days, up to and including Tuesday, July 8th, 2008, within which to file any discovery motions arising out of the deposition of Defendant Avis Meyer ("Defendant" or "Meyer"). In support hereof, Plaintiff states as follows:

1.      Defendant Avis Meyer was deposed by Plaintiff's counsel on Wednesday, June 4, 2008.

2.      At the June 11, 2008 hearing held in this case, the Court granted Plaintiff leave to file any discovery motions arising out of the deposition of Defendant within fifteen days of receipt of the transcript, which falls on July 1, 2008.

3.      Due to travel of counsel, the press of business, and ongoing settlement discussions in this case, Plaintiff respectfully requests a seven day extension of time to file such motions.

4.      Plaintiff does not make the instant motion for any improper purpose or to delay these proceedings.

Saint Louis University v. Meyer                    Doc. 29

Dockets.Justia.com

1469284.01

1

5.      Defendant's counsel has consented to Plaintiff's request for extension.

WHEREFORE, Plaintiff Saint Louis University respectfully requests an extension of time, through and including Tuesday, July 8, 2008, within which to file its discovery motions arising out of the deposition of Defendant Avis Meyer.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: _____ /s/ Frank B. Janoski _____
        Frank B. Janoski, #3480
        Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record

/s/ Frank B. Janoski
Frank B. Janoski, #3480
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO  63102
Telephone:  (314) 444-7600
Facsimile:  (314) 612-1307
E-mail:  fjanoski@lewisrice.com