IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) |
| Plaintiff, | ) ) ) Case No. 4:07-CV-01733 CEJ |
| v. | ) ) |
| AVIS MEYER, | ) ) |
| Defendant. | ) ) |

## JOINT MOTION TO EXTEND ADR REFERRAL PERIOD

COMES NOW Plaintiff Saint Louis University ("Plaintiff" or "SLU") and Defendant Avis Meyer, through their respective counsel, and jointly request an extension of the ADR referral period up to and including August 8, 2008. In support hereof, the parties state as follows:

1. At the June 11, 2008 hearing held in this case, this Court appointed Richard P. Sher as the neutral for this case and extended the ADR referral period through August 1, 2008.

2. Counsel for Plaintiff promptly contacted Mr. Sher to obtain available dates, and the parties attempted thereafter to coordinate schedules to obtain a workable date for all involved.

Saint Louis University v. Meyer    Doc. 30

3. The first date available for Mr. Sher, counsel, and representatives for each of the parties is August 8, 2008, which falls outside the present ADR referral period.

4. Thus, the parties respectfully requests that the ADR referral period be extended up to and including August 8, 2008.

1469362.01

1

Dockets.Justia.com

5. The parties do not make this motion for any improper purpose or to delay these proceedings.

WHEREFORE, the parties jointly request that the ADR referral period be extended from August 1, 2008 to August 8, 2008 and the Court grant such other and further relief as it deems just and proper.

Respectfully submitted,

| **LEWIS, RICE & FINGERSH, L.C.** | **POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.** |
|---|---|
| By: /s/ Frank B. Janoski<br>Frank B. Janoski, #3480<br>Bridget Hoy, #109375<br>500 N. Broadway, Suite 2000<br>St. Louis, MO 63102-2147<br>Telephone: (314) 444-7600<br>Facsimile: (314) 241-6056<br>Email: fjanoski@lewisrice.com<br>Email: bhoy@lewisrice.com<br><br>ATTORNEYS FOR PLAINTIFF | By: /s/ Brian J. Gill<br>Nelson D. Nolte, #53470<br>Brian J. Gill, #57324<br>Scott A. Smith, #55870<br>12412 Powerscourt Drive, Suite 200<br>St. Louis, MO 63131-3615<br>Telephone: (314) 238-2400<br>Fax: (314) 238-2401<br>Email: nnolte@patpro.com<br>Email: ssmith@patpro.com<br>Email: bgill@patpro.com<br><br>ATTORNEYS FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on the 27th day of June, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record

/s/ Frank B. Janoski
Frank B. Janoski, #3480
Lewis, Rice & Fingersh, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com