```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


SAINT LOUIS UNIVERSITY,         )
                                )
            Plaintiff,          )
                                )
      vs.                       )     No. 4:07-CV-1733 (CEJ)
                                )
AVIS MEYER,                     )
                                )
            Defendant.          )
```

### ORDER

**IT IS HEREBY ORDERED** that the parties shall appear for a hearing on plaintiff's motions to compel and for sanctions at **2:30 p.m.** on **Wednesday, August 20, 2008**. The defendant and a representative of the plaintiff are required to attend the hearing.

```
                                    _____
                                    CAROL E. JACKSON
                                    UNITED STATES DISTRICT JUDGE
```

Dated this 11th day of August, 2008.