RECEIVED
BY MAIL
AUG 1 4 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CV1733 CEJ |
| | ) |
| AVIS MEYER | ) |
| | ) |
| Defendant. | ) |

ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

In accordance with the Court's Order Referring Case to ADR dated _____, 2008,

☒ **An ADR conference was held on: August 8, 2008** .

☒ All required individuals, parties, corporate representatives, and/or claims professionals attended and participated in the ADR conference, and each possessed the requisite settlement authority;

☐ The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

_____

**The ADR referral was concluded on** _____, 2008 and the parties [☐ did ☒ did not] **achieve a settlement.**

-------------------------------------------------------------------------

☐ **Although this case was referred to ADR, a conference WAS NOT HELD.**

Comments:

August 13, 2008

_____        _____
Date                                          Neutral

RECEIVED
BY MAIL
AUG 1 4 2008
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

# DEVEREUX MURPHY LLC

ATTORNEYS AT LAW
THE PLAZA IN CLAYTON
190 CARONDELET PLAZA, 11TH FLOOR
ST. LOUIS, MISSOURI 63105

RICHARD P. SHER

TEL: (314) 721-1516
FAX: (314) 721-4434
rsher@devereuxmurphy.com

August 13, 2008

Clerk U.S. District Court
Eastern District of Missouri
111 S. 10th Street, 3rd Floor
St. Louis, Missouri 63102

    Re: *Saint Louis University v. Avis Meyer*
         Case No. 4:07CV1733 CEJ

Dear Clerk:

    Enclosed is the Alternative Dispute Resolution Compliance Report for filing in the above case.

                          Sincerely,

                          Richard P. Sher

\alm

enclosure

cc:     Frank Janoski
        Brian Gill