UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

COURTROOM MINUTE SHEET
CIVIL PROCEEDINGS

Date 8/20/08 Judge Jackson  Case No. 4:07CV1733 CEJ
St. Louis University vs. Avis Meyer
Court Reporter Gary Bond  Deputy Clerk K. Spurgeon
Attorney(s) for Plaintiff(s) Frank Janoski, Bridget Hoy
Attorney(s) for Defendant(s) Brian Gill, Nelson Nolte

Parties present for hearing on motions to compel + motion for sanctions; arguments heard; π's motion to compel #34 is granted; Δ given 15 days to file supplemental answers to interrogatories; π's mtn for sanctions held in abeyance pending filing of supp. answers to interrogatories; π's mtn to compel as to attorney-client privilege is denied; mtn for sanction re: spoliation of evidence taken under submission

☐ The Court orders that this proceeding is sealed and that any transcript prepared from this proceeding be filed under seal.

It is hereby ordered that_____

_____

_____

_____

_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Witness_____ Deft. Witness_____

Pltf. Exhibits:_____

Pltf. Exhibits:_____

Deft. Exhibits:_____

Deft. Exhibits:_____

☐ Exhibits returned to and retained by counsel

Proceedings commenced 2:30 a.m./(p.m) Concluded 3:20 a.m./(p.m)