# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SAINT LOUIS UNIVERSITY,      )
a Missouri benevolent corporation,      )
     )
         Plaintiff,      )
     )
     )    Case No. 4:07CV1733 CEJ
    v.      )
     )
AVIS MEYER,      )
     )
         Defendant.      )

## AFFIDAVIT OF FRANK B. JANOSKI, ESQ.
## REGARDING ITEMIZATION OF FEES AND COSTS CONCERNING PLAINTIFF'S
## MOTION TO COMPEL FULL AND COMPLETE INTERROGATORY ANSWERS
### [dkt # 34]

I, Frank B. Janoski, being first duly sworn on oath and being competent to testify as to the facts set forth herein, do hereby state the following:

1.      I am over the age of twenty-one and have personal knowledge of the facts stated herein.

2.      I am a Missouri resident and am a partner at the law firm of Lewis, Rice & Fingersh, L.C.

3.      I am lead counsel representing the Plaintiff, Saint Louis University ("SLU"), in the above-referenced matter.  Bridget Hoy, another Lewis, Rice & Fingersh, L.C. attorney, is working under my supervision on this case.

4.      I submit this Affidavit at the request of the Court upon its granting of Plaintiff Saint Louis University's Motion to Compel Full and Complete Interrogatory Answers [dkt #34].

Dockets.Justia.com

5.     I have reviewed the invoices and time charged to SLU and submit herewith the attached chart, filed as Exhibit A to this Affidavit, which sets forth the attorneys' fees and costs incurred by SLU with regard to the above-referenced Motion.

6.     The attached does not include fees for time related to Plaintiff's Motion to Compel Discovery Based on Waiver of Attorney-Client Privilege [dkt #32], which has been denied by the Court, or for Plaintiff's Motion for Sanctions for Spoliation of Evidence [dkt #36], which was taken under advisement by the Court. For work related to all three Motions, we have reduced the amounts accordingly.

7.     In my experience, the rates charged[1] and all of the fees and costs set forth in the attached were reasonable and necessary and were incurred due to Defendant's failure to serve full and accurate responses to Plaintiff's interrogatory requests.

FURTHER THE AFFIANT SAYETH NOT.

_____
Frank B. Janoski, Esq.

STATE OF MISSOURI          )
                           )    SS.
COUNTY OF ST. LOUIS CITY   )

        Subscribed and sworn to before me this 20th day of August, 2008.

" NOTARY SEAL "
Leeann R. O'Brien, Notary Public
St. Louis County, State of Missouri
My Commission Expires 2/3/2009
2625

My Commission Expires: _____

_____
Notary Public

---

[1] The rates charged to Saint Louis University, as set forth on the attached, are reduced from Lewis, Rice, & Fingersh, L.C.'s standard rates.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**
By: \_\_\_/s/ Frank B. Janoski_____
   Frank B. Janoski, #3480
   Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com
ATTORNEYS FOR PLAINTIFF


## CERTIFICATE OF SERVICE

I further certify that on the 26th day of August, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

   \_\_\_/s/ Frank B. Janoski_____
   Frank B. Janoski, #3480
   LEWIS, RICE & FINGERSH, L.C.
   500 N. Broadway, Suite 2000
   St. Louis, MO 63102
   Telephone: (314) 444-7600
   Facsimile: (314) 612-1307
   E-mail: fjanoski@lewisrice.com