## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| a Missouri benevolent corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:07-cv-01733 |
| AVIS MEYER, ) | |
| ) | |
| Defendant. ) | |

### JOINT MOTION FOR EXTENSION OF TIME TO FILE DISPOSITIVE MOTIONS

COMES NOW Defendant Avis Meyer (hereinafter "Meyer") and Plaintiff Saint Louis University (hereinafter "SLU"), by and through their respective counsel, jointly move this Honorable Court for an Extension of Time of two weeks from August 29, 2008 to September 12, 2008 for Plaintiff and Defendant to file any dispositive motions, for the following reasons:

1. Pursuant to the Case Management Order of February 7, 2008 (D/E #12), the deadline for filing dispositive motions is set for August 29, 2008, with responses in opposition set for September 29, 2008, and replies in support set for October 9, 2008.

2. The discovery deadline was set for August 18, 2008.

3. By agreement of the parties, the discovery deadline was extended through August 26, 2008 with the agreement that should Defendant schedule depositions of the Plaintiff's witnesses then the parties would accommodate as such.

4. In this Court's Hearing on August 20, 2008, this Honorable Court gave Defendant 15 days to supplement answers to interrogatories. Said supplemental deadline is September 4, 2008. During this Hearing, Plaintiff requested time, to the extent necessary, to depose witnesses based on the supplemental answers.

5. On August 22, 2008, the parties agreed that an extension of time to file dispositive motions would be appropriate in light of the above and the Court's taking the issue of spoliation under submission, but did not want to disrupt the Court's trial setting of January 20, 2009 for this matter.

6. The parties would recommend, subject to the time the Court would need to evaluate any dispositive motion filed, amending the scheduling order to extend the deadline for filing dispositive motions to **September 12, 2008**, with responses in opposition due **October 13, 2008** and replies in support due **October 23, 2008**.

7. It is not believed that delaying the filing of dispositive motions until **September 12, 2008** will adversely affect the January 20, 2009 trial date. It is noted that even with the dispositive motion deadline deferred to **September 12, 2008**, just less than three months will remain between the filing of the reply and the trial date.

WHEREFORE, the parties jointly move this Honorable Court to grant the parties' joint motion to extend the time for filing dispositive motions, and for such other and further relief as the Court deems just under the circumstances.

Respectfully submitted,

| POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C. | LEWIS, RICE & FINGERSH |
|---|---|
| By: *s/Brian J. Gill* | By: *s/Frank B. Janoski* |
| Brian J. Gill, MoBar. #57,324 | Frank B. Janoski, MoBar. #3480 |
| 12412 Powerscourt Drive, Suite 200 | Bridget Hoy, MoBar. #10,9375 |
| St. Louis, Missouri 63131-3615 | 500 North Broadway, Suite 2000 |
| (314) 238-2400 | St. Louis, Missouri 63102 |
| (314) 238-2401 (fax) | (314) 444-7600 |
| E-mail: bgill@patpro.com | (314) 241-6056 |
| ATTORNEYS FOR DEFENDANT | ATTORNEYS FOR PLAINTIFF |

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2008, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056

ATTORNEYS FOR PLAINTIFF

*s/ Brian J. Gill*