```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                           EASTERN DIVISION


SAINT LOUIS UNIVERSITY,          )
                                 )
            Plaintiff,           )
                                 )
      vs.                        )      No. 4:07-CV-1733 (CEJ)
                                 )
AVIS MEYER,                      )
                                 )
            Defendant.           )
```

## ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion for extension of time to file dispositive motions [Doc. #50] is **granted**.

**IT IS FURTHER ORDERED** that dispositive motions shall be filed no later than **September 12, 2008**; responses in opposition shall be filed no later than **October 14, 2008**; replies in support shall be filed no later than **October 24, 2008**.

```
                              _____
                              CAROL E. JACKSON
                              UNITED STATES DISTRICT JUDGE
```

Dated this 3rd day of September, 2008.