UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. 4:07-CV-1733 (CEJ) |
| ) | |
| AVIS MEYER, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**IT IS HEREBY ORDERED** that defendant's motion to strike plaintiff's memorandum of supplemental authority [Doc. #52] is **denied.**

**IT IS FURTHER ORDERED** that defendant is granted leave to file his response (attached as Exhibit 1 to Doc. # 52) to plaintiff's memorandum.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 16th day of September, 2008.