# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY,<br>a Missouri benevolent corporation,<br><br>Plaintiff,<br><br>v.<br><br>AVIS MEYER,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)     Case No. 4:07CV1733 CEJ |

## JOINT MOTION FOR EXTENSION OF TIME TO FILE SUMMARY JUDGMENT RESPONSES AND REPLIES

COME NOW Plaintiff Saint Louis University and Defendant Avis Meyer, by and through their respective counsel, and jointly move this Honorable Court for an Extension of Time of one week for Plaintiff to file its Responses to Defendant's Motions for Summary Judgment and for Defendant to file any Replies. In support of this Motion, the parties state as follows:

1.   Defendant filed its Motions for Summary Judgment on September 12, 2008.

2.   Under the current Orders of the Court, Plaintiff's responses are due October 14, 2008 and Defendant's replies are due on October 24, 2008.

3.   To most fully formulate their respective responses and replies to the pending Motions and due to the press of business, Plaintiff and Defendant respectfully request a one (1) week extension of time, to file their respective papers.

4.   It is not believed that the requested brief extension will adversely affect any other deadlines in this case, including the January 20, 2009 trial date.

Saint Louis University v. Meyer

5.      The parties therefore request that the Court further amend the scheduling order to extend the deadline for filing Plaintiff's responses in opposition to Defendant's Motions for Summary Judgment to **October 21, 2008**, and Defendant's replies in support of his Motions for Summary Judgment to **October 31, 2008**.

6.      Plaintiff and Defendant do not make the instant Motion for any improper purpose or to delay these proceedings.

WHEREFORE, the parties jointly move this Honorable Court to grant the parties' Joint Motion to extend the time for filing Plaintiff's responses in opposition to and Defendant's replies in support of Defendant's Motions for Summary Judgment, and for such other and further relief as the Court deems just under the circumstances.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**


By: _____Bridget Hoy_____
            Frank B. Janoski, #3480
            Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com
ATTORNEYS FOR PLAINTIFF

POLSTER, LIEDER, WOODRUFF &
LUCCHESI, L.C.

By:    Brian J. Gill
Brian J. Gill, MoBar. #57,324
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
(314) 238-2400
(314) 238-2401 (fax)
E-mail: bgill@patpro.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I further certify that on the 10th day of October, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

   Bridget Hoy
Bridget Hoy
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 612-7837
E-mail: bhoy@lewisrice.com