UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )  No. 4:07-CV-1733 (CEJ) |
| | ) |
| AVIS MEYER, | ) |
| | ) |
| Defendant. | ) |

## **ORDER**

**IT IS HEREBY ORDERED** that the parties' joint motion for extension of time [Doc. #62] is **granted**. Plaintiff's responses to defendant's summary judgment motions shall be filed no later than **October 21, 2008**; defendant's replies shall be filed no later than **October 31, 2008**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of October, 2008.