**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SAINT LOUIS UNIVERSITY,<br>a Missouri benevolent corporation,<br><br>        Plaintiff,<br><br>v.<br><br>AVIS MEYER,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)  Case No. 4:07CV1733 CEJ<br>)<br>)<br>)<br>)<br>) |

## **VERIFICATION OF SIGNED ORIGINAL DOCUMENTS**

Pursuant to Local Rule 11-2.11, Frank B. Janoski, counsel for Plaintiff, hereby attests to the existence of a paper copy of the Affidavit of Louis Galli, Jr., Affidavit of Kent Porterfield, Affidavit of Joe Weixlmann, and Affidavit of Bridget Hoy bearing the original signatures of Louis Galli, Jr., Kent Porterfield, Joe Weixlmann and Bridget Hoy of Lewis, Rice & Fingersh, L.C. (counsel for Plaintiff). The documents were filed electronically on October 21, 2008 in support of Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment As To Monetary Damages [Document #64] and in support of Plaintiff's Response In Opposition To Defendant's Motion For Summary Judgment As To Counts I–VI Of The Complaint [Document # 66]. Counsel will retain the paper copy bearing the original signatures during the pendency of the litigation including all possible appeals.

1493877.01

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ Frank Janoski
      Frank B. Janoski, #3480
      Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com
ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I further certify that on the 22nd day of October, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

        /s/ Frank B. Janoski
        Frank B. Janoski
        LEWIS, RICE & FINGERSH, L.C.
        500 N. Broadway, Suite 2000
        St. Louis, MO 63102
        Telephone: (314) 444-1307
        Facsimile: (314) 612-1307
        E-mail: fjanoski@lewisrice.com