UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:07-CV-1733 (CEJ) |
| AVIS MEYER, | ) ) ) |
| Defendant. | ) |

**ORDER**

**IT IS HEREBY ORDERED** that defendant's motion for extension of time until **November 7, 2008**, to file replies in support of his motion for summary judgment [Doc. #69] is **granted**.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 4th day of November, 2008.