IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:07CV1733 CEJ ) |
| AVIS MEYER, | ) ) ) |
| Defendant. | ) |

## PLAINTIFF SAINT LOUIS UNIVERSITY'S EXHIBIT LIST

COMES NOW Plaintiff Saint Louis University ("Plaintiff"), by and through its undersigned counsel and in accordance with Section II.3.(a) of this Court's Case Management Order dated February 7, 2008 [dkt # 12], to hereby submit its Exhibit List, as follows:

| Plaintiff's Exhibit | Bates Number | Description | Will Use | May Use | Business Record |
|---|---|---|---|---|---|
| 1 | N/A | Missouri Secretary of State Filing, enclosing Benevolent Corporation Charter of Saint Louis University | X | | X |
| 2 | N/A | Missouri Secretary of State Filing, Registration of Fictitious Name for "Saint Louis University" | X | | X |
| 3 | N/A | Saint Louis University Internet Homepage | X | | X |
| 4 | N/A | Certified Letter from F. Janoski to A. Meyer, dated June 22, 2007 | X | | X |
| 5 | N/A | Letter from F. Janoski to A. Meyer, dated August 16, 2007 | X | | X |
| 6 | SLU/AM 000009 | Letter from A. Meyer to Missouri Secretary of State, dated Aug. 21, 2007 | X | | |
| 7 | SLU/AM 000010 – SLU/AM 000013 | Certificate of Incorporation; Articles of Termination for a Nonprofit Corporation; Articles of Dissolution by Voluntary Action for a Nonprofit Corporation | X | | X |

Saint Louis University v. Meyer

| Plaintiff's Exhibit | Bates Number | Description | Will Use | May Use | Business Record |
|---|---|---|---|---|---|
| 8 | N/A | Letter from F. Janoski to A. Meyer, dated August 30, 2007 | X | | X |
| 9 | SLU/AM 000001 – SLU/AM 000003 | Articles of Incorporation and Certificate of Incorporation for The University News, a Student Voice Serving Saint Louis University Since 1921 (file stamped) | X | | X |
| 10 | SLU/AM 000004 – SLU/AM 000005 | Articles of Termination for Nonprofit Corporation; Certificate of Termination (file stamped) | X | | X |
| 11 | SLU/AM 000006 – SLU/AM 000008 | Articles of Dissolution by Voluntary Action for a Nonprofit Corporation (file stamped); Letter from Mo. Secretary of State to A. Meyer, dated Aug. 23, 2007 | X | | X |
| 12 | N/A | Letter from F. Janoski to M. Moore and B. Gill, dated October 11, 2007, enclosing Complaint [dkt # 1] | X | | X |
| 13 | N/A | Defendant's Answer and Affirmative Defense [dkt # 7] | X | | |
| 14 | MEYA-0145 – MEYA-0148 | *St. Louis Magazine* article, dated Aug. 2007, "Avis Meyer Will Not Be Silenced" | X | | |
| 15 | SLU/AM 000312 – SLU/AM 000316 | Motion of Saint Louis University Board of Trustees, dated June 13, 1998, amending Charter of *The University News* | | X | X |
| 16 | SLU/AM 000317 – SLU/AM 000320 | Charter of *The University News* | | X | X |
| 17 | SLU/AM 000031 – SLU/AM 000032 | *The University News* front page and editorial page, dated Oct. 2, 1931 | | X | X |
| 18 | SLU/AM 000033 – SLU/AM 000050 | *The University News* May 4, 2007 edition | | X | X |
| 19 | N/A | Various editions of *The University News* | | X | X |
| 20 | N/A | *The University News* Internet Webpage | | X | X |
| 21 | SLU/AM 000015 – SLU/AM 000030 | Transcript, "St. Louis On the Air" Radio Program | | X | |

| Plaintiff's Exhibit | Bates Number | Description | Will Use | May Use | Business Record |
|---|---|---|---|---|---|
| 22 | SLU/AM 000170 – SLU/AM 000176 | E-mail Correspondence from SLU Office of the President to SLU students, faculty, and staff, dated Mar. 14, 2008, "President's Monthly Message" | | X | X |
| 23 | SLU/AM 000081 – SLU/AM 000090 | Facebook postings re SLU v. Meyer, dated Nov. 24, 2007 to Dec. 1, 2007 | | X | |
| 24 | SLU/AM 000095 – SLU/AM 000111 | Blog posted Mar. 21, 2008, "Lawrence Biondi, S.J. gets drunk and writes a love letter to all his haters" | | X | |
| 25 | SLU/AM 000112 – SLU/AM 000116 | Blog posted May 2, 2007, "media shit storm" | | X | |
| 26 | SLU/AM 000215 – SLU/AM 000219D | E-mail Correspondence from S. Sidak to J. Fowler, dated Nov. 26, 2007 | | X | |
| 27 | SLU/AM 000186 – SLU/AM 000189 | E-mail Correspondence from K. Lewis to K. Porterfield, CC: A. Clifton, dated May 4, 2007 | | X | |
| 28 | MEYA-0062 – MEYA-0071 | E-mail Correspondence from A. Meyer to B. Supiano, dated Mar. 21, 2008, attaching draft Charter of *The University News* | | X | X |
| 29 | SLU/AM000274 – SLU/AM000277 | E-mail Correspondence from R. Otto to J. Hunter, CC: D. Benanti, K. Porterfield, and J. Weixlmann, dated Jan. 3, 2007 | | X | |
| 30 | SLU/AM 000159 – SLU/AM 000166 | Saint Louis University Information Technology Appropriate Use Policy, effective July 1, 2005 | | X | X |
| 31+ | N/A | Demonstrative Exhibits | X | X | |

In addition to the foregoing, Plaintiff reserves the right to introduce any exhibits identified in any exhibit list submitted by Defendant and other exhibits as may be necessary in rebuttal or for impeachment or based upon any pre-trial or trail rulings by the Court.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: _____/s/ Frank B. Janoski_____
      Frank B. Janoski, #3480
      Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-7837
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I further certify that on the 31st day of December, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

                                        ___/s/ Frank B. Janoski___
                                        Frank B. Janoski
                                        LEWIS, RICE & FINGERSH, L.C.
                                        500 N. Broadway, Suite 2000
                                        St. Louis, MO 63102
                                        Telephone: (314) 444-7600
                                        Facsimile: (314) 612-1307
                                        E-mail: fjanoski@lewisrice.com