IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, <br><br> Plaintiff, <br><br> v. <br><br> AVIS MEYER, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) | Case No. 4:07CV1733 CEJ |

## PLAINTIFF SAINT LOUIS UNIVERSITY'S LIST OF DEPOSITIONS, INTERROGATORY ANSWERS, AND ANSWERS TO REQUESTS FOR ADMISSION TO BE USED AT TRIAL

COMES NOW Plaintiff Saint Louis University ("Plaintiff"), by and through its undersigned counsel and in accordance with Section II.4.(a) of this Court's Case Management Order dated February 7, 2008 [dkt # 12], hereby submits its List of Depositions, Interrogatory Answers, and Answers to Requests for Admission that may be used as trial, as follows:

**Depositions (including all exhibits and any corresponding video clips)**

- Deposition of Avis Meyer, dated June 4, 2008:

  Page 6, lines 3-21
  Page 8, line 23 – page 9, line 5
  Page 9, line 10 – page 10, line 3
  Page 13, line 9 – page 16, line 20
  Page 22, line 17 – page 23, line 4
  Page 23, line 8 – page 23, line 12
  Page 23, lines 18-20
  Page 23, lines 22-25
  Page 24, line 5 – page 25, line 3
  Page 25, line 15 – page 27, line 1
  Page 28, lines 8-12
  Page 28, line 18 – page 34, line 9
  Page 34, line 15 – page 35, line 7
  Page 36, lines 4-16

  Page 37, lines 22-24
  Page 40, lines 13-24
  Page 44, lines 9-24
  Page 45, lines 4-19
  Page 46, line 21 – page 47, line 12
  Page 54, line 9 – page 55, line 6
  Page 60, lines 9-25
  Page 62, line 16 – page 63, line 25
  Page 65, lines 3-5
  Page 65, lines 9-20
  Page 66, lines 11-18
  Page 67, line 14 – page 68, line 7
  Page 68, line 25 – page 69, line 22
  Page 69, line 25 – page 70, line 20

1508195.04
Saint Louis University v. Meyer

Dockets.Justia.com

Page 71, lines 5-16
Page 71, line 19 – page 72, line 7
Page 72, line 10 – page 74, line 3
Page 74, lines 13-25
Page 75, line 25 – page 76, line 5
Page 76, line 7 – page 77, line 5
Page 77, line 20 – page 80, line 13
Page 80, line 22 – page 81, line 15
Page 81, line 21 – page 82, line 21
Page 84, line 3 – page 85, line 3
Page 85, line 6 – page 86, line 22
Page 87, line 1 – page 88, line 10
Page 89, line 8 – page 90, line 10
Page 90, line 13 – page 91, line 8
Page 92, line 13 – page 95, line 15
Page 95, line 24 – page 96, line 5
Page 96, lines 13-18
Page 98, lines 5-8
Page 99, line 24 – page 100, line 4
Page 100, line 11 – page 107, line 5
Page 107, line 9 – page 110, line 25
Page 111, line 8 – page 113, line 8
Page 113, line 15 – page 114, line 12
Page 116, lines 12-16
Page 116, lines 21-23
Page 117, line 19 – page 121, line 14
Page 121, line 17 – page 122, line 23
Page 123, lines 9-18

Page 125, lines 2-11
Page 125, line 25 – page 126, line 5
Page 127, line 21 – page 129, line 1
Page 130, line 5 – page 132, line 19
Page 132, line 24 – page 134, line 13
Page 134, line 16 – page 135, line 6
Page 135, line 10 – page 137, line 5
Page 137, line 10 – page 139, line 18
Page 139, line 20 – page 140, line 5
Page 140, line 8 – 15
Page 141, line 4 – page 146, line 21
Page 147, line 24 – page 149, line 4
Page 149, line 8 – page 152, line 17
Page 154, line 2 – page 157, line 13
Page 158, line 6 – page 160, line 6
Page 161, lines 21-25
Page 162, line 5 – page 163, line 19
Page 163, line 23 – page 177, line 22
Page 179, line 15 – page 180, line 24
Page 181, line 10 – page 185, line 1
Page 185, line 4 – page 186, line 22
Page 186, line 25 – page 189, line 6
Page 189, line 19 – page 192, line 18
Page 192, line 21 – page 193, line 4
Page 193, lines 7-14
Page 193, line 17 – page 195, line 18
Page 202, line 21 – page 204, line 15

- Deposition of Diana Benanti, dated June 12, 2008

Page 4, line 8 – page 5, line 13
Page 9, lines 8-19
Page 17, line 5 – page 22, line 22
Page 23, lines 5-17
Page 23, line 21 – page 24, line 4
Page 24, line 8 – page 25, line 16
Page 26, lines 14-24
Page 27, line 4 – page 30, line 18
Page 30, line 23 – page 34, line 13
Page 35, line 15 – page 39, line 21
Page 40, line 20 – page 43, line 12
Page 44, line 19 – page 49, line 20
Page 50, line 7 – page 57, line 6
Page 57, line 9 – page 63, line 3
Page 66, lines 4-11

Page 84, line 18 – page 86, line 1
Page 86, lines 4-14
Page 86, line 18 – page 87, line 15
Page 88, line 24 – page 90, line 12
Page 90, line 17 – page 97, line 7
Page 97, line 22 – page 102, line 21
Page 105, line 22 – page 107, line 7
Page 107, lines 18-21
Page 108, line 8 – page 114, line 7
Page 115, line 2 – page 116, line 24
Page 118, line 19 – page 120, line 7
Page 120, line 23 – page 121, line 2
Page 121, line 17 – page 123, line 10
Page 124, line 5 – page 126, line 1
Page 126, lines 14-22

Page 66, line 16 – page 73, line 17   Page 129, line 15 – page 132, line 6
Page 76, line 4 – page 78, line 8    Page 133, line 17 – page 134, line 16
Page 78, line 23 – page 79, line 9   Page 137, line 16 – page 139, line 14
Page 80, line 6 – page 83, line 2    Page 141, line 8 – page 142, line 13

**Interrogatory Answers**

- Defendant's Answers to Plaintiff's First Set of Interrogatories, Nos. 6, 7, 11, 13, 14, and 15

- Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories, Nos. 2, 5, 6, 8, 11, 12, and 15

- Plaintiff's Answers and Objections to Defendant's First Set of Interrogatories, Nos. 1, 2, 3, 8, 9, and 10.

**Answers to Requests for Admission**

- Defendant's Response to Plaintiff's First Request for Admissions, Nos. 1, 2, 3, 4, and 5

Plaintiff further reserves the right to supplement the designations made herein in the event that it becomes aware of the need for additional testimony/discovery responses as a result of the Court's rulings on pre-trial or trial motions, or through other means. Plaintiff also reserves the right to supplement this statement in light of any witness list, exhibit list or other pretrial matter filed by Defendant. Finally, Plaintiff reserves the right to offer into evidence any deposition excerpts or written discovery answers for purposes of impeachment, cross-examination or rebuttal of witnesses called by Defendant at trial or hearing in this matter.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**


By:   /s/ Frank B. Janoski
      Frank B. Janoski, #3480
      Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-7837
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I further certify that on the 31st day of December, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

/s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com