**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| a Missouri benevolent corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:07-cv-01733-CEJ |
| v. ) | |
| ) | |
| AVIS MEYER, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S EXHIBIT LIST**

| EXHIBIT NO. | BATES NUMBER | DESCRIPTION | Will Be (WB) Used/ May Be (MB) Used | Admitted Into Evidence |
|---|---|---|---|---|
| Deft - A | SLU/AM 000287 | SLU internal Email correspondence of 8/29/06 regarding Avis Meyer and newspaper | MB | |
| Deft – B | | Dissolution Paperwork | WB | |
| Deft – C | SLU/AM 000256, 000266 | SLU internal Email correspondence of 11/20/07 regarding Avis Meyer and newspaper | MB | |
| Deft – D | SLU/AM 000220-000221, 000230-000231 | SLU internal Email correspondence of 2/25/08 regarding Avis Meyer and newspaper | MB | |
| Deft - E | MEYA-0027-0028 | Avis Meyer email of June 4, 2008 to Adam Tamburin forwarding Joe Weixleman email of June 3, 2008 relating to banning Avis Meyer from newsroom on production nights | MB | |
| Deft – F | N/A | Demonstrative Exhibits | WB | |

In addition to the foregoing, Defendant reserves the right to introduce any exhibits identified in any exhibit list submitted by Plaintiff and other exhibits as may be necessary in rebuttal or for impeachment or based upon any pre-trial or trial rulings by the Court.

Respectfully submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.

By: *s/Nelson D. Nolte*
Nelson Nolte, #111,801
Brian J. Gill, #2,694,853
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
(314) 238-2400
(314) 238-2401 (fax)
E-mail: bgill@patpro.com
E-mail: nnolte@patpro.com
ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I further certify that on the 31st day of December, 2008, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056
ATTORNEYS FOR PLAINTIFF

*s/Nelson D. Nolte*