IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SAINT LOUIS UNIVERSITY, )
a Missouri benevolent corporation, )
)
        Plaintiff, )
)
)   Case No. 4:07CV1733 CEJ
v. )
)
AVIS MEYER, )
)
        Defendant. )

**PLAINTIFF SAINT LOUIS UNIVERSITY'S OBJECTIONS AND COUNTER-DESIGNATIONS TO DEFENDANT'S DISCOVERY DESIGNATIONS**

COMES NOW Plaintiff Saint Louis University ("Plaintiff"), by and through its undersigned counsel and in accordance with this Court's Case Management Order dated February 7, 2008 [dkt # 12], to hereby submit its Objections and Counter-designations to Defendant Avis Meyer's Discovery Designations [dkt # 88], as follows:

I.    **Deposition Designations**

| Deposition of Avis Meyer, June 4, 2007 | | | |
|---|---|---|---|
| **From** | **To** | **Objection** | **Counter-designations** |
| 40:2 | 43:7 | Relevancy | |
| 44:22 | 46:8 | Relevancy | |
| 46:16-20 | | Relevancy | |
| 48:10-21 | | Relevancy | |
| 56:22 | 57:11 | Relevancy | |
| 61:24 | 62:15 | Relevancy | |
| 73:12 | 74:19 | Relevancy | |
| 75:15 | 77:2 | Relevancy; Hearsay | |
| 78:1-21 | | Relevancy | |
| 79:5 | 83:21 | Relevancy; Hearsay | |
| 83:24 | 84:22 | Relevancy; Completeness | |
| 85:25 | 90:6 | Relevancy; Hearsay | |
| 90:13 | 91:19 | Relevancy | |
| 92:5 | 93:22 | Relevancy | |
| 99:22 | 100:4 | Relevancy | |

1509437 02

## Deposition of Avis Meyer, June 4, 2007

| From | To | Objection | Counter-designations |
|---|---|---|---|
| 106:8 | 109:4 | Relevancy; Hearsay | |
| 110:3-11 | | Relevancy | |
| 112:7 | 114:12 | Relevancy | |
| 124:3 | 125:7 | Relevancy | 123:19 – 124:2 |
| 125:25 | 126:5 | Relevancy | |
| 127:2 | 129:1 | Relevancy; Incomplete | 126:6 – 127:1 |
| 132:3-25 | | Relevancy | |
| 134:11-23 | | Relevancy | |
| 135:24 | 139:18 | Relevancy | |
| 141:6 | 144:8 | Relevancy | |
| 144:17 | 146:21 | Relevancy | |
| 147:24 | 151:11 | Relevancy; Hearsay | |
| 151:15 | 152:4 | Relevancy | |
| 152:21 | 153:15 | Relevancy | |
| 154:2-15 | | Relevancy | |
| 165:17 | 171:21 | Relevancy; Hearsay | |
| 172:1 | 175:20 | Relevancy | |
| 186:16 | 187:2 | Relevancy | |
| 197:2 | 199:3 | Relevancy; Hearsay | 200:14 – 19; 202:16 – 20 |

## Deposition of Diana Benanti, June, 12, 2007

| From | To | Objection | Counter-designations |
|---|---|---|---|
| 23:5-14 | | Relevancy; Incomplete | |
| 24:14-24 | | Relevancy; Incomplete | |
| 25:1-7 | | Relevancy | |
| 25:17-20 | | Relevancy | |
| 26:2-21 | | Relevancy | |
| 27:1 | 28:1-22 | Relevancy; Incomplete | |
| 28:16 | 29:16 | Relevancy | |
| 30:24 | 31:6 | Relevancy; Hearsay; Incomplete | |
| 36:12 | 37:1 | Relevancy | |
| 40:20 | 41:6 | Relevancy; Incomplete | |
| 44:21 | 45:14 | Relevancy; Hearsay; Incomplete | |
| 48:9-13 | | Relevancy; Hearsay; Incomplete; Foundation; Conjecture | |
| 52:21 | 56:10 | Relevancy; Incomplete; Hearsay | |
| 60:3 | 63:9 | Relevancy; Hearsay | |
| 67:4 | 69:23 | Relevancy; Hearsay | |
| 70:10 | 72:2 | Relevancy; Hearsay | |
| 80:17 | 82:6 | Relevancy; Hearsay; Incomplete | |
| 91:1 | 92:20 | Relevancy | |
| 94:20 | 95:5 | Relevancy; Incomplete | |

II. **Answers to Interrogatories**

   A. **Plaintiff's Answers to Defendant's First Set of Interrogatories**

   Defendant proposes to offer into evidence Plaintiff's Answer to Defendant's Interrogatory Nos. 7, 10.

   **OBJECTION:** Plaintiff objects to the relevancy of Plaintiff's Answer to Defendant's Interrogatory Nos. 7, 10.

   B. **Defendant's Answers to Plaintiff's First Set of Interrogatories**

   Defendant proposes to offer into evidence Defendant's Answer to Plaintiff's Interrogatory Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, and 16.

   **OBJECTION:** Plaintiff objects to the relevancy of Defendant's Answer to Plaintiff's Interrogatory Nos. 2, 3, 4, 5, 6, 7, 8, 9, 10, and 16.

   C. **Defendant's Supplemental Answers to Plaintiff's First Set of Interrogatories**

   Defendant proposes to offer into evidence Defendant's Supplemental Answer to Plaintiff's Interrogatory Nos. 2, 3, 4, 5, 6, 8, 9, 11, 15.

   **OBJECTION:** Plaintiff objects to the relevancy of Defendant's Supplemental Answer to Plaintiff's Interrogatory Nos. 2, 3, 4, 5, 6, 8, 9, 11, and 15.

Furthermore, Plaintiff reserves the right to assert additional grounds for objection depending upon the use of any discovery materials at trial.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ Frank B. Janoski
      Frank B. Janoski, #3480
      Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I further certify that on the 9th day of January, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

        /s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com