IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) ) | Case No. 4:07CV1733 CEJ |
| AVIS MEYER, | ) ) ) | |
| Defendant. | ) | |

## PLAINTIFF SAINT LOUIS UNIVERSITY'S
## OBJECTIONS TO DEFENDANT'S EXHIBIT LIST

COMES NOW Plaintiff Saint Louis University ("Plaintiff"), by and through its undersigned counsel and in accordance with this Court's Case Management Order dated February 7, 2008 [dkt # 12], to hereby submit its Objections to Defendant Avis Meyer's Exhibit List, as follows:

| Defendant's Exhibit | Bates Number | Description | Objection[1] |
|---|---|---|---|
| Deft-A | SLU/AM 000287 | SLU internal Email correspondence of 8/29/06 regarding Avis Meyer and newspaper | Relevancy; Hearsay; Foundation |
| Deft-B | | Dissolution Paperwork | |
| Deft-C | SLU/AM 000256, 000266 | SLU internal Email correspondence of 11/20/07 regarding Avis Meyer and newspaper | Relevancy; Hearsay; Foundation |
| Deft-D | SLU/AM 000220-000221, 000230-000231 | SLU internal Email correspondence of 2/25/08 regarding Avis Meyer and newspaper | Relevancy; Hearsay; Foundation |

---

[1] Plaintiff reserves the right to further object to Defendant's exhibits to the extent they are not fully identified by Bates No. references and Plaintiff has not had an opportunity to review the actual documents.

1509435.02

| Defendant's Exhibit | Bates Number | Description | Objection[1] |
|---|---|---|---|
| Deft-E | MEYA-0027-0028 | Avis Meyer Email of June 4, 2008, to Adam Tamburin forwarding Joe Weixlmann Email of June 3, 2008, relating to banning Avis Meyer from newsroom on production nights | Relevancy; Hearsay; Foundation |
| Deft-F | N/A | Demonstrative Exhibits | Relevancy |

Plaintiff reserves the right to assert additional grounds for objection depending upon the use of the exhibit at trial and any rulings of the Court.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: /s/ Frank B. Janoski
    Frank B. Janoski, #3480
    Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

# **CERTIFICATE OF SERVICE**

I further certify that on the 9th day of January, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

/s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com