## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, )<br>a Missouri benevolent corporation, )<br>)<br>Plaintiff, )<br>)<br>)<br>)<br>AVIS MEYER, )<br>)<br>Defendant. )<br>) | Case No. 4:07-cv-01733-CEJ |

### DEFENDANT'S OBJECTIONS TO PLAINTIFF'S TRIAL EXHIBITS

COMES NOW Defendant Avis Meyer, by and through his undersigned counsel and in accordance with this Court's Case Management Order dated February 7, 2008 (d/e 12), does hereby submit his Objections to Plaintiff's Trial Exhibit List, as follows:

| PLAINTIFF'S EXHIBIT | DESCRIPTION | OBJECTION[1] |
|---|---|---|
| 1 | Missouri Secretary of State Filing, enclosing Benevolent Corporation Charter of St. Louis University | |
| 2 | Missouri Secretary of State Filing, Registration of Fictitious Name for "St. Louis University" | |
| 3 | St. Louis University Internet Homepage | Relevancy; Foundation |
| 4 | Certified letter from F. Janoski to A. Meyer, dated June 22, 2007 | Relevancy; Foundation |
| 5 | Letter from F. Janoski to A. Meyer dated August 16, 2007 | Relevancy; Foundation |
| 6 | Letter from A. Meyer to Missouri Secretary of State dated August 21, 2007 | |
| 7 | Certificate of Incorporation; Articles of Termination for a Nonprofit Corporation; Articles of Dissolution by Voluntary Action for a Nonprofit Corporation | |

---

[1] Defendant reserves the right to further object to Plaintiff's exhibits to the extent that they are not fully identified by Bates No. references and Defendant has not had an opportunity to review the actual documents.

1

| 8 | Letter from F. Janoski to A. Meyer, dated August 30, 2007 | |
| --- | --- | --- |
| 9 | Articles of Incorporation and Certificate of Incorporation for The University News, a Student Voice Serving St. Louis University since 1921 | |
| 10 | Articles of Termination for Nonprofit Corporation, Certificate of Termination | |
| 11 | Articles of Dissolution by Voluntary Action for a Nonprofit Corporation (file stamped); Letter from Missouri Secretary of State to A. Meyer, dated August 23, 2007 | |
| 12 | Letter from F. Janoski to m. Moore and B. Gill dated October 11, 2007 enclosing Complaint | Relevancy; Foundation |
| 13 | Defendant's Answer and Affirmative Defense | |
| 14 | *St. Louis Magazine* article, dated August 2007 | Relevancy; Foundation; Hearsay |
| 15 | Motion of St. Louis University Board of Trustees, dated June 13, 1998, amending Charter of *The University News* | Relevancy; Foundation |
| 16 | Charter of *The University News* | Relevancy; Foundation |
| 17 | *The University News* front page and editorial page dated October 2, 1931 | Relevancy; Foundation; Hearsay |
| 18 | *The University News* May 4, 2007 edition | Relevancy; Foundation; Hearsay |
| 19 | Various editions of *The University News* | Relevancy; Foundation |
| 20 | *The University News* Internet Webpage | Relevancy; Foundation; Hearsay |
| 21 | Transcript, St. Louis On the Air" Radio Program | Relevancy; Foundation; Hearsay |
| 22 | Email from SLU Office of the President to SLU students, faculty, and staff, dated March 14, 2008, "President's Monthly Message" | Relevancy; Foundation; Hearsay |
| 23 | Facebook postings re SLU v. Meyer dated November 24, 2007 to December 1, 2007 | Relevancy; Foundation; Hearsay |
| 24 | Blog posted March 21, 2008, "Lawrence Biondi, S.J. gets drunk and writes a love letter to all his haters" | Relevancy; Foundation; Hearsay |
| 25 | Blog posted May 2, 2007, "media shit storm" | Relevancy; Foundation; Hearsay |
| 26 | Email from S. Sidak to J. Fowler, dated November 26, 2007 | Relevancy; Foundation; Hearsay |
| 27 | Email from K. Lewis to K. Porterfield, cc: A. | Relevancy; |

| | Clifton dated May 4, 2007 | Foundation; Hearsay |
|---|---|---|
| 28 | Email from A. Mayer to B. Supiano dated March 21, 2008, attaching draft Charter of *The University News* | Relevancy; Foundation; Hearsay |
| 29 | Email from R. Otto to J. Hunger, cc: D. Benanti, K. Porterfield, and J. Weixlmann, dated January 3, 2007 | Relevancy; Foundation; Hearsay |
| 30 | St. Louis University Information Technology Appropriate Use Policy, effective July 1, 2005 | Relevancy; Foundation |
| 31 | Missouri Secretary of State File, for "Martha's Colonial Ice Cream and Candy Shoppe" | Relevancy; Foundation |
| 31 | Demonstrative Exhibits | Relevancy |

Defendant reserves the right to assert additional grounds for objection depending upon the use of the exhibit at trial and any rulings of the Court.

Respectfully Submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.


By: *s/Brian J. Gill*
Brian J. Gill, MoBar. #57,324
Nelson D. Nolte
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
(314) 238-2400
(314) 238-2401 (fax)
E-mail: bgill@patpro.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056

ATTORNEYS FOR PLAINTIFF

*s/Brian J. Gill*