```
              UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF MISSOURI
                    EASTERN DIVISION
```

SAINT LOUIS UNIVERSITY,    )
                           )
           Plaintiff,      )
                           )
    vs.                    )    No. 4:07-CV-1733 (CEJ)
                           )
AVIS MEYER,                )
                           )
           Defendant.      )

### ORDER

**IT IS HEREBY ORDERED** that defendant's motion for continuance of the trial date [Doc. #95] is **granted**.

**IT IS FURTHER ORDERED** that this matter is reset for non-jury trial on **Monday, March 2, 2009**, at **9:30 a.m.**

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 14th day of January, 2009.