IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | Case No. 4:07CV1733 CEJ |
| v. | ) ) | |
| AVIS MEYER, | ) ) ) | |
| Defendant. | ) | |

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, Frank B. Janoski, counsel for Plaintiff, hereby attests to the existence of a paper copy of the Affidavit of Bridget Hoy bearing the original signature of Bridget Hoy of Lewis, Rice & Fingersh, L.C. (counsel for Plaintiff). The document was filed electronically on January 23, 2009 in support of Plaintiff's Response In Opposition To Defendant's Motion in Limine to Exclude Witnesses [Document #96]. Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By: ___/s/ Frank Janoski___
     Frank B. Janoski, #3480
     Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-7600
Fax: (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

1514599.01

Saint Louis University v. Meyer     Doc. 107

Dockets.Justia.com

## **CERTIFICATE OF SERVICE**

I further certify that on the 23rd day of January, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

        /s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-1307
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com