# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 4:07CV1733 CEJ ) |
| AVIS MEYER, | ) ) ) |
| Defendant. | ) |

## JOINT MOTION FOR PRETRIAL CONFERENCE

COME NOW Plaintiff Saint Louis University ("Plaintiff" or "SLU") and Defendant Avis Meyer ("Defendant" or "Meyer"), by and through their respective counsel, and hereby submit this Joint Motion for Pretrial Conference, as follows:

1. Pursuant to this Court's Order of January 14, 2009, this matter is set for non-jury trial on Monday, March 2, 2009, at 9:30 a.m. [dkt # 103].

2. The parties are in agreement that a brief pretrial hearing in this matter would be mutually advantageous and would aid in the speedy resolution of certain issues in this matter, including the Pre-Trial Motions currently pending before the Court.

3. The parties are available, at the Court's convenience, to attend a brief pretrial hearing during the week of February 23, 2009, to address the issues referenced herein and any other issues the Court should wish to consider prior to the commencement of the trial on March 2nd.

Saint Louis University v. Meyer

1518085.01

Dockets.Justia.com

WHEREFORE, the parties jointly move this Honorable Court to grant the parties' Joint Motion to for Pretrial Conference during the week of February 23, 2009, and for such other and further relief as the Court deems just under the circumstances.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**


By:   /s/ Frank B. Janoski
       Frank B. Janoski, #3480
       Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-1307
Fax:          (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF


**POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.**

By:   /s/ Brian J. Gill
       Nelson D. Nolte, #111,801
       Brian J. Gill, #2,694,853
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
Telephone:   (314) 238-2400
Fax:          (314) 238-2401
E-mail: nnolte@patpro.com
E-mail: bgill@patpro.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I further certify that on the 16th day of February, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

/s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-1307
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com