UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:07-CV-1733 (CEJ) |
| AVIS MEYER, | ) |
| Defendant. | ) |

### ORDER

**IT IS HEREBY ORDERED** that the parties' joint motion for pretrial conference [Doc. #112] is **denied**. The parties' pretrial motions will be addressed at the commencement of trial on March 2, 2009.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 20th day of February, 2009.