# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

SAINT LOUIS UNIVERSITY,          )
a Missouri benevolent corporation,   )
                                )
          Plaintiff,            )
                                )     Case No. 4:07CV1733 CEJ
      v.                        )
                                )
AVIS MEYER,                  )
                                )
          Defendant.       )

## ENTRY OF APPEARANCE

COMES NOW David A. Weder of the law firm of Lewis, Rice & Fingersh, L.C., and hereby enters his appearance as counsel in this case on behalf of the Plaintiff Saint Louis University.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   _/s/ David A. Weder_____
      David A. Weder, No. 5212905
      500 North Broadway, Suite 2000
      St. Louis, Missouri 63102
      (314) 444-1364
      (314) 612-1364 (facsimile)
      dweder@lewisrice.com

*Counsel for Plaintiff Saint Louis University*

Saint Louis University v. Meyer          Doc. 115

1521392.01

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2009, the foregoing document was filed electronically with the Clerk of the Court to be served via operation of the Court's Electronic Filing System upon all counsel of record.

/s/ David A. Weder
David A. Weder, No. 5212905
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
(314) 444-1364
(314) 612-1364 (facsimile)
dweder@lewisrice.com
