# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

**Case No.** __4:07 CV 1733 CEJ__

❑ **JURY Trial**   *X* **NON JURY TRIAL**   **Day #** __ONE__     **Date** __MARCH 2, 2009__

**Presiding Judicial Official** *Honorable* __CAROL E. JACKSON__

**Court Reporter** __GARY BOND__   **Deputy Clerk** __KATIE STAMM__

**Case Style** __*St. Louis University*__ vs. __*Avis Meyer*__

**Attorney(s) for Plaintiff(s)** __*Frank Janoski; David Weder*__

**Attorney(s) for Defendant(s)** __*Brian Gill ; Nelson Nolte*__

☐ Jury empaneled and sworn   ☐ Opening Statement(s) of  ☐ Plaintiff ☐ Defendant made.
☐ Plaintiff evidence ☐commenced ☐resumed  ☐ and  ☐but not  ☐concluded.
☐ Defendant evidence ☐commenced ☐resumed  ☐and  ☐but not  ☐concluded.
☐ Plaintiff evidence in rebuttal ☐commenced ☐resumed  ☐and  ☐but not ☐concluded.
☐ Defendant evidence in surrebuttal ☐ commenced ☐ resumed ☐ and ☐ but not ☐ concluded.

Motions made during trial and the ruling: *Court heard arguments on the pending motions in limine and made rulings; Motions #93,96,98 denied w/o prejudice; Motion #92 granted; Motion #102 denied as moot; Motion #36 granted in part & denied in part - defendant to pay attorney's fees related to the motion;      Attorneys for both parties made opening statements  then recessed for settlement proceedings;   Parties settled the case and will submit a written consent to the court*

☐ Closing Arguments of counsel made.
☐ Jury charged and retires to consider its verdict(s).  (***Note:*** Enter jury deliberation time below)
☐ Case taken under advisement.

☐ Jury having been given a special verdict in the form of written interrogatories for finding of fact, together with forms from general verdict ☐ retires to consider its verdict(s).

☐ Verdict returned (See verdict form.)  ***Jury polled on motion of the*** _____

☐ Jury unable to agree upon its verdict(s) by _____am/pm is excused to resume deliberations on _____
 at _____am/pm
☐ Judgment is entered accordingly this date.
☐ Depositions  ☐ Exhibits   receipt signed and filed  ╱ ☐ Court to retain  ☐ Depositions  ☐ Exhibits
☐ Proceedings to resume on _____at _____

***Other:***_____
_____
_____
_____

**Jury Deliberations  Commenced**_____  **Concluded**_____

**Proceedings:  Commenced:** _9:41_   **Concluded:** _10:28_
                **Commenced** _3:40_   **Concluded** _3:45_