IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 4:07CV1733 CEJ |
| AVIS MEYER, | ) ) ) | |
| Defendant. | ) ) | |

## JOINT MOTION REGARDING COUNT VII OF COMPLAINT

COME NOW Plaintiff Saint Louis University ("Plaintiff" or "SLU") and Defendant Avis Meyer ("Defendant" or "Meyer"), by and through their respective counsel, and hereby submit this Joint Motion requesting the entry of the attached Findings Of Fact, Conclusions Of Law, And Declaratory, Injunctive And Other Relief concerning Count VII of the Complaint.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:   /s/ Frank B. Janoski
       Frank B. Janoski, #3480
       Bridget Hoy, #109375
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-1307
Fax:           (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

Saint Louis University v. Meyer      Doc. 117

1522228.01

Dockets.Justia.com

**POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.**

By: /s/ Brian J. Gill
     Nelson D. Nolte, #111,801
     Brian J. Gill, #2,694,853
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
Telephone: (314) 238-2400
Fax: (314) 238-2401
E-mail: nnolte@patpro.com
E-mail: bgill@patpro.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I further certify that on the 3rd day of March, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

/s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-1307
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com