UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) No. 4:07-CV-1733 (CEJ) |
| AVIS MEYER, | ) ) ) |
| Defendant. | ) ) |

## **JUDGMENT**

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that summary judgment is entered in favor of defendant Avis Meyer and against plaintiff Saint Louis University on Counts I through VI of the complaint, in accordance with the Memorandum and Order entered on December 24, 2008.

**IT IS FURTHER ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of plaintiff Saint Louis University and against defendant Avis Meyer on Count VII of the complaint, in accordance with the Findings of Fact and Conclusions of Law entered on March 3, 2009.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 3rd day of March, 2009.