## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, ) | |
| a Missouri benevolent corporation, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 4:07-cv-01733 |
| v. ) | |
| ) | |
| AVIS MEYER, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### DEFENDANT'S CERTIFICATION
### OF COMPLIANCE PURSUANT TO D/E 119, ¶ C.

COMES NOW Defendant, by and through, his undersigned attorneys and states to the Court as follows:

In accordance with the Court's executed FINDINGS OF FACT AND CONCLUSIONS OF LAW d/e 119, Defendant did file with the Secretary of State, State of Missouri a *Statement of Correction for a General Business or Nonprofit Corporation* in accordance with ¶ C p. 4 of Court Document Entry 119. The *Statement of Correction* was filed to correct Defendant's Articles of Dissolution by Voluntary Action for a Non-Profit Corporation which had been filed by Defendant on August 23, 2007.

******************

Respectfully submitted,

POLSTER, LIEDER, WOODRUFF & LUCCHESI, L.C.

By: *s/Brian J. Gill*
Nelson Nolte, #111,801
Brian J. Gill, MoBar. #57,324
12412 Powerscourt Drive, Suite 200
St. Louis, Missouri 63131-3615
(314) 238-2400
(314) 238-2401 (fax)
E-mail: bgill@patpro.com

ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

I hereby certify that on March 16, 2009, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon the following:

Frank B. Janoski, #3480
Bridget Hoy, #109375
Lewis, Rice & Fingersh, L.C.
500 North Broadway, Suite 2000
St. Louis, Missouri 63102
T (314) 444-7600
F (314) 241-6056

ATTORNEYS FOR PLAINTIFF

*s/Brian J. Gill*