IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SAINT LOUIS UNIVERSITY, a Missouri benevolent corporation, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) Case No. 4:07CV1733 CEJ ) |
| AVIS MEYER, | ) ) ) |
| Defendant. | ) |

## VERIFICATION OF SIGNED ORIGINAL DOCUMENT

Pursuant to Local Rule 11-2.11, Frank B. Janoski, counsel for Plaintiff, hereby attests to the existence of a paper copy of the Affidavit of Frank B. Janoski, Esq. bearing the original signature of Frank B. Janoski of Lewis, Rice & Fingersh, L.C. (counsel for Plaintiff). The document was filed electronically on March 17, 2009 in support of Plaintiff's Motion for Entry of Sanctions and Memorandum in Support Regarding Defendant's Destruction of Evidence [Document #126]. Counsel will retain the paper copy bearing the original signature during the pendency of the litigation including all possible appeals.

Respectfully submitted,

**LEWIS, RICE & FINGERSH, L.C.**

By:    /s/ Frank Janoski
          Frank B. Janoski, #3480
          Bridget Hoy, #109375
          David A. Weder, #5212905
500 North Broadway, Suite 2000
St. Louis, MO 63102
Telephone:   (314) 444-7600
Fax:              (314) 612-1307
Email: fjanoski@lewisrice.com
Email: bhoy@lewisrice.com

ATTORNEYS FOR PLAINTIFF

Saint Louis University v. Meyer    Doc. 127

1525484.01

Dockets.Justia.com

## CERTIFICATE OF SERVICE

I further certify that on the 17th day of March, 2009, the foregoing was filed with the Clerk of Court to be served via the Court's ECF system upon all counsel of record.

/s/ Frank B. Janoski
Frank B. Janoski
LEWIS, RICE & FINGERSH, L.C.
500 N. Broadway, Suite 2000
St. Louis, MO 63102
Telephone: (314) 444-1307
Facsimile: (314) 612-1307
E-mail: fjanoski@lewisrice.com